CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 18 2018

JULIA C. DUDLEY, CLERK
BY: /s/ K. Dotm
DEPUTY CLERK

5:17CV53

Virginia Hegedus
540-255-8177

Attached is a copy of a letter sent to Defendant's counsel, Jessica Clark. I am available for any questions you may have.

Thank you



132606-AB80-21815

120-2245

*Virginia Hegedus*
*PO Box 2325*
*Staunton, Virginia 24402*

*January 15, 2018*                                     *Sent Certified Mail w/*
                                                                    *Return Receipt*
                                                            *#70150604000518684887*

*Jessica Clark, Esq.*
*Troutman and Sanders*                          *No. 5:17-cv-00053*
*222 Central Park Avenue*
*Suite 2000*
*Virginia Beach, VA 23462*

## Cease and Desist

*Dear Ms. Clark,*

*Please be advised that your client, Nationstar Mortgage, has been harassing me and my State Farm insurance agent.*

*On December 8, 2017, your client repeatedly, phoned the office of State Farm Insurance in Delaware, trying to obtain personal information regarding my homeowner's insurance account.*

*On December 18, 2017, I received a letter from your client, threatening to "force-place" insurance on my property on an already paid up account.*

*I promptly filed a complaint with the Consumer Finance Protection Bureau for their harassment and unwarranted solicitations.*

*On January 12, 2018, you client, again, contacted my insurance agent. Again, they requested details regarding my payments and other personal information. The agent declined their request.*

*By copy of this letter, I am requesting that your client cease and desist all contact with State Farm Insurance regarding any of my policies, my State Farm agent, and refrain from sending unsolicited correspondences. Please reply to me by January 24, 2018 to let me know your client will comply.*

*Thank you for your prompt attention in this matter.*

*Sincerely,*

*Virginia Hegedus*

*cc: Court*